IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN E. SIMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN COLVIN, Acting Commissioner of Social Security | : | NO. 12-6441 |

**ORDER**

AND NOW, this 8th day of April, 2014, upon careful and independent consideration, the record reveals that the record as a whole contains substantial evidence to support the ALJ's findings of fact and conclusions of law. Therefore, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Judgment is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is REMANDED for further proceedings consistent with this adjudication;

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Petrese B. Tucker
PETRESE B. TUCKER, C.J.